DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WESLEY SPRINGER,

Appellant,

v.

KATERINA SPRINGER,

Appellee.

No. 2D2025-1823
_____

January 28, 2026

Appeal from the Circuit Court for Pinellas County; Jack Helinger, Judge.

Tara Scott Lynn of Law Offices of Tara J. Scott, P.A., Saint Petersburg, for Appellant.

No appearance by Appellee.

PER CURIAM.

        Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.